# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| FARMERS COOPERATIVE SOCIETY, SIOUX CENTER, IOWA, <br><br> Plaintiff, <br><br> vs. <br><br> LEADING EDGE PORK, LLC, <br><br> Defendant. | No. 16-CV-4034-LRR <br><br> **ORDER** |

The matter before the court is Plaintiff Farmers Cooperative Society, Sioux Center, Iowa's status report (docket no. 16). Plaintiff filed such report on September 15, 2016. The status report generally indicates the following:

> Ten checks were issued in March of 2016 and contain a statement that they are void if not cashed in 90 days. To address that situation, Plaintiff's counsel submitted the checks to Tyson, the check issuer, so that it could either issue replacement checks or advise how the checks could be negotiated as directed in the court's July 25, 2016 order. The check issuer advised that, rather than issue new checks, it would be easier to arrange for relief from the 90-day negation statement after the Clerk of Court deposits them into the account of the Treasury of the United States pursuant to the July 25, 2016 order. Acting on this advice, Plaintiff's counsel delivered the ten checks to the Clerk of Court in the Northern District of Iowa.

*See* Status Report at 1-2. The ten checks all contain issue dates in March of 2016, and they all make clear that they are void 90 days from the issue dates. Because more than 90 days have passed since the ten checks were issued, they are void. The Clerk of Court cannot receipt voided checks.

In light of the foregoing, the Clerk of Court is **DIRECTED** to return the void checks to Plaintiff's counsel so that he can return them to Tyson. The parties are **DIRECTED** to cooperate with each other so that Tyson is able to replace the ten checks and issue one check in the amount of $97,657.73. The check issued by Tyson should be made payable to: Clerk, U.S. District Court. Upon receipt of the check, the Clerk of Court is **DIRECTED** to deposit the funds into an interest bearing account with the Court Registry Investment System (CRIS). The Clerk of Court is **DIRECTED** to hold the funds, together with any interest income earned thereon, in the interest bearing account until further order of the court.

**IT IS SO ORDERED**

**DATED** this 16th day of September, 2016.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA